1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| 13  THERESA HERRINGTON, ANNA<br>14  HALEY, JOY SARJENT, KIMBERLEY<br>FOURNIER, and CINDY KING,<br>15  individually and on behalf of themselves and<br>all others similarly situated,<br>16<br>17          Plaintiffs,<br>18          vs.<br>19  JOHNSON & JOHNSON CONSUMER<br>COMPANIES, INC., L'OREAL USA, INC.,<br>20  KIMBERLY-CLARK CORPORATION,<br>CVS/CAREMARK CORPORATION, and<br>21  TARGET CORPORATION,<br>22          Defendants.<br>23 | **Case No. CV 09 1597 CW**<br><br>**ORDER GRANTING STIPULATION<br>TO EXTEND INITIAL DISCLOSURES<br>AND CASE MANAGEMENT<br>DEADLINES**<br><br>**CLASS ACTION**<br><br>Ass. to the Hon. Claudia Wilken, Ctrm. 2<br><br>Complaint Filed: April 10, 2009<br>First Amended Comp. Filed: July 15, 2009 |

24
25    Whereas the Court has considered Plaintiffs Theresa Herrington, Anna Haley, Joy

26  Sarjent, Kimberley Fournier, and Cindy King and Defendants Johnson & Johnson Consumer

27  Companies, Inc. and L'Oreal USA, Inc.'s Stipulation to Extend Initial Disclosure and Case

28

Management Deadlines, and for good cause shown, the Court is of the opinion that this stipulation should be GRANTED.

IT IS HEREBY ORDERED that the Order Setting Initial Case Management Conference and ADR Deadlines, entered April 10, 2009, shall be modified as follows:

| Event | Original Date | Modified Date |
|---|---|---|
| Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by parties and counsel<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | July 14, 2009 | October 27, 2009 |
| Last day to:<br>• file Rule 26(f) Report<br>• complete initial disclosures or state objection in Rule 26(f) Report<br>• file Case Management Statement | July 28, 2009 | November 10, 2009 |
| Initial Case Management Conference | August 4, 2009<br>2:00 p.m., Courtroom 2 | November 17, 2009<br>2:00 p.m., Courtroom 2 |
| Deadline for Defendants to file response to First Amended Complaint | August 12, 2009 | To be determined |

8/3

DATED: _____, 2009

_____
Hon. Claudia Wilken
United States District Court Judge

Case No. CV 09 1597 CW –Order Granting Stip. to Extend Initial Disclosures and Case Management Deadlines