IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA HERRINGTON, et al., | No. C 09-01597 CW |
| Plaintiffs, | ORDER TEMPORARILY STAYING ACTION |
| v. | |
| JOHNSON & JOHNSON CONSUMER COMPANIES, INC., et al., | |
| Defendants. | |

IT IS HEREBY ORDERED that all further proceedings in this case are STAYED pending a decision by the Judicial Panel on Multidistrict Litigation (MDL 2091, <u>In Re: Children's Personal Care Products Liability Litigation</u>) regarding the transfer of this case to the District of New Jersey for consolidated pretrial proceedings.  All hearing and motion dates are VACATED pending further order of this Court.

**Plaintiff shall serve on all other parties a copy of this Order.**

Dated: 8/24/09

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE