1  Shana E. Scarlett, Bar No. 217895
   shanas@hbsslaw.com
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Avenue, Suite 202
3  Berkeley, CA 94710
   Tel: (510) 725-3000
4  Fax: (510) 725-3001

5  Steve W. Berman (*pro hac vice*)
   steve@hbsslaw.com
6  Shayne C. Stevenson (*pro hac vice*)
   shaynes@hbsslaw.com
7  HAGENS BERMAN SOBOL SHAPIRO LLP
   1301 Fifth Avenue, Suite 2900
8  Seattle, WA 98101
   Tel: (206) 623-7292
9  Fax: (206) 623-0594

10 Brian R. Strange, Bar No. 103252
   lacounsel@earthlink.net
11 Gretchen Carpenter, Bar No. 217895
   gcarpenter@strangeandcarpenter.com
12 STRANGE & CARPENTER
   12100 Wilshire Boulevard, Suite 1900
13 Los Angeles, CA 90025
   Tel: (510) 725-3000
14 Fax: (510) 725-3001

15 *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| THERESA HERRINGTON, ANNA HALEY, JOY SARJENT, KIMBERLEY FOURNIER, and CINDY KING, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON CONSUMER COMPANIES, INC., L'OREAL USA, INC., KIMBERLY-CLARK CORPORATION, CVS/CAREMARK CORPORATION, and TARGET CORPORATION,<br><br>Defendants. | **Case No. CV 09 1597 CW**<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>**CLASS ACTION**<br><br>Ass. to the Hon. Claudia Wilken, Ctrm. 2<br><br>Complaint Filed: April 10, 2009<br>First Amended Comp. Filed: July 15, 2009 |

WHEREAS, Plaintiff Theresa Herrington filed a Complaint against Defendants Johnson & Johnson Consumer Companies, Inc. ("Johnson & Johnson") and L'Oreal USA, Inc. ("L'Oreal") on April 10, 2009;

WHEREAS, Plaintiff filed a First Amended Complaint on July 15, 2009, adding Anna Haley, Joy Sarjent, Kimberley Fournier, and Cindy King as additional plaintiffs and adding Kimberly-Clark Corporation, CVS/Caremark Corporation, and Target Corporation as additional defendants;

WHEREAS, due to the parties' schedules, the parties were unable to hold their Federal Rules of Civil Procedure, Rule 26(f) conference until November 11, 2009;

WHEREAS, a Case Management Conference ("CMC") is currently scheduled for November 24, 2009, at 2:00 p.m.;

WHEREAS, the parties' Joint Rule 26(f) Report was due seven court days prior to the CMC, on November 13, 2009;

WHEREAS, due to the schedules of the parties, as well as the Court's availability, the next available date on which a CMC can be held is April 6, 2010;

WHEREAS, in light of the timing of the Rule 26(f) conference, the parties request additional time to prepare their Rule 26(f) Report, and have therefore agreed, subject to court approval, to continue the CMC until April 6, 2010, at 2:00 p.m., with their Joint Rule 26(f) Report due seven (7) court days prior, on March 26, 2010;

WHEREAS, pursuant to Local Rule 6-2(a)(1), the parties request that the CMC be continued in order to provide sufficient time for the parties to complete their Joint Rule 26(f) Report;

WHEREAS, pursuant to Local Rule 6-2(a)(2), the following previous modifications of time have been made in this case:

1. On April 30, 2009, the parties entered a stipulation extending Defendant Johnson & Johnson's deadline to respond to the complaint until June 12, 2009.

2. On May 5, 2009, the parties entered a stipulation extending Defendant L'Oreal's deadline to respond to the complaint until June 12, 2009.

3.   On June 10, 2009, the parties entered a stipulation extending L'Oreal's deadline to respond to the complaint until August 12, 2009.

4.   On June 15, 2009, the parties entered a stipulation extending Johnson & Johnson's deadline to respond to the complaint until August 12, 2009.

5.   On July 27, 2009, the parties filed a Joint Motion for Administrative Relief Re: Twelve Week Continuance of the August 4, 2009 Initial Case Management Conference and Extension of Initial Disclosures and Case Management Deadlines, and on July 30, 2009, the parties filed a Stipulation to Extend Initial Disclosure and Case Management Deadlines. On August 3, 2009, the Court granted the stipulation, setting the following schedule:

   a.   October 27, 2009 – last day to: (1) meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; (2) file ADR Certification signed by parties and counsel; and (3) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

   b.   November 10, 2009 – last day to: (1) file Rule 26(f) Report; (2) complete initial disclosures or state objection in Rule 26(f) Report; and (3) file Case Management Statement.

   c.   November 17, 2009, at 2:00 p.m. – Initial Case Management Conference.

   d.   The deadline for Defendants to respond to the First Amended Complaint was to be determined at a later time.

WHEREAS, on August 24, 2009, the Court ordered a stay of the case. On October 7, 2009, the Court lifted the stay and issued the current Case Management Scheduling Order. Since then, no time modifications have been made in this case;

WHEREAS, pursuant to Local Rule 6-2(a)(3), the requested continuance of the CMC will affect only the scheduling of the CMC itself.

WHEREAS, the parties have further agreed to exchange their initial disclosures on December 8, 2009;

///

///

THEREFORE, the parties hereby stipulate, subject to court approval, that the CMC currently scheduled for November 24, 2009, shall be continued to April 6, 2010, at 2:00 p.m. The parties shall file their Joint Rule 26(f) Report seven (7) court days prior to the CMC.

DATED: November 20, 2009

Respectfully submitted,

STRANGE & CARPENTER

By:     /s/
Brian R. Strange
Gretchen Carpenter
Attorneys for Plaintiffs

DATED: November 20, 2009

HAGENS BERMAN SOBOL SHAPIRO LLP

By:     /s/
Steve W. Berman
Shayne C. Stevenson
Attorneys for Plaintiffs

DATED: November 20, 2009

SEDGWICK DETERT MORAN & ARNOLD

By:     /s/
Stephanie Sheridan
Attorneys for Defendant L'Oreal USA, Inc.

DATED: November 20, 2009

DRINKER BIDDLE & REATH LLP

By:     /s/
David B. Sudzus
Attorneys for Defendant Johnson & Johnson Consumer Companies, Inc.

DATED: November 20, 2009

SEGAL MCCAMBRIDGE SINGER & MAHONEY

By:     /s/
Jeffrey Singer
Attorneys for Defendant Kimberly-Clark Corporation

DATED: November 20, 2009

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:     /s/
Carol Brophy, Esq.
Attorneys for Defendants CVS Pharmacy, Inc. and Target Corporation

|   |   |
|---|---|
| 1 | *I, Gretchen Carpenter, am the ECF user whose ID and password are being used to file |
| 2 | this Stipulation to Continue CMC. In compliance with General Order 45.X.B., I hereby attest |
| 3 | that the counsel listed above concurred with this filing. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __11/23__, 2009

*/s/ Claudia Wilken*
Hon. Claudia Wilken
United States District Court Judge