IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA HERRINGTON, et al., | No. C 09-01597 CW |
| Plaintiffs, | ORDER OF REFERENCE TO MAGISTRATE JUDGE |
| v. | |
| JOHNSON & JOHNSON CONSUMER COMPANIES INC, et al. | |
| Defendants. / | |

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Motion to Compel Further Responses to Plaintiffs' First Set of Requests for Production and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. The hearing date on this motion of July 8, 2010 at 2:00 p.m. before Judge Wilken is vacated. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 6/3/2010

_____
CLAUDIA WILKEN
United States District Judge

cc: Wings; Assigned M/J w/mo.