SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEPHANIE SHERIDAN (Bar No. 135910)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
stephanie.sheridan@sdma.com

Attorneys for Defendant
L'OREAL USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| THERESA HERRINGTON, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON CONSUMER COMPANIES, INC., et al.,<br><br>Defendants. | CASE NO. CV 09 1597 CW<br><br>**STATEMENT OF RECENT DECISION PURSUANT TO LOCAL RULE 7-3(d)** |

L'Oreal USA, Inc. hereby submits the following recent decision pursuant to Local Rule 7-3(d). Defendants' Omnibus Memorandum in Support of Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint asserts that Plaintiffs' Complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(1) on grounds that Plaintiffs lack Article III standing because they do not have any injury-in-fact. On June 18, 2010, Judge Jeffrey S. White of the Northern District of California dismissed a similarly postured putative class action complaint because the plaintiffs lacked Article III standing absent injury-in-fact. *Contreras v. Toyota Motor Sales, Inc.*, No. 09-06024 (N.D. Cal. June 18, 2010) (order granting defendant's motion to dismiss plaintiffs'

///

///

///

1 amended class action complaint). The *Contreras* order is attached as Exhibit A for the Court's
2 reference.

3 Dated: June 24, 2010

SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA 94105
Telephone: 415.781.7900
Facsimile: 415.781.2635
stephanie.sheridan@sdma.com


By: /s/ *Stephanie Sheridan*
Stephanie Sheridan
Attorneys for Defendant
L'OREAL USA, INC.

2.
CASE NO. CV 09 1597 CW
STATEMENT OF RECENT DECISION