1  STEVEN M. SELNA (SBN #133409)
   steven.selna@dbr.com
2  JOHN J. POWERS (SBN #145623)
   john.powers@dbr.com
3  BETH O. ARNESE (SBN #241186)
   beth.arnese@dbr.com
4  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
5  San Francisco, CA  94105-2235
   Telephone:     (415) 591-7500
6  Facsimile:     (415) 591-7510

7  Attorneys for Defendant
   JOHNSON & JOHNSON CONSUMER
8  COMPANIES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| THERESA HERRINGTON, ANNA HALEY, JOY SARJENT, KIMBERLY FOURNIER, CINDY KING, and CLAIRE THEODORE, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON CONSUMER COMPANIES, INC., L'OREAL USA, INC., KIMBERLY-CLARK CORPORATION, CVS/CAREMARK CORPORATION, and TARGET CORPORATION,<br><br>Defendants. | Case No. CV 09 1597 CW (EMC)<br><br>**STIPULATION TO CONTINUE AND RESET PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION;**<br>**[PROPOSED] ORDER** |

Plaintiffs THERESA HERRINGTON, ANNA HALEY, JOY SARGENT, KIMBERLEY

FOURNIER, and CINDY KING ("Plaintiffs") AND Defendant JOHNSON & JOHNSON

CONSUMER COMPANIES, INC. ("JJCCI"), by and through their respective attorneys of record,

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO CONTINUE AND RESET PLTFS'
MOTION TO COMPEL; [PROPOSED] ORDER
CH01/ 25562838.1

CASE NO. CV 09 1597 CW

in the interests of judicial economy, hereby stipulate and agree to the following:

WHEREAS, Plaintiffs filed a Motion to Compel Further Responses from Defendant JJCCI To Plaintiffs' First Set Of Requests For Production on June 1, 2010 (Docket # 167);

WHEREAS, Plaintiffs' Motion to Compel Further Responses to Plaintiffs' First Set of Requests for Production ("Plaintiffs' Motion to Compel") and all further discovery motions filed in the above-captioned case were referred to Magistrate Judge Edward M. Chen on June 3, 2010 (Docket # 170);

WHEREAS, via Clerk's Notice entered June 4, 2010, Plaintiffs' Motion to Compel was set for July 14, 2010 at 10:30 a.m. before Magistrate Judge Edward M. Chen, with the opposition due to be filed by June 23, 2010 and the reply to be filed by June 30, 2010 (Docket # 172);

WHEREAS, Defendants, including JJCCI, filed an Omnibus Motion to Stay Discovery Pending Outcome of Filed Motions to Dismiss on June 16, 2010 (Docket # 173);

WHEREAS, Plaintiffs filed a Motion For Entry Of Discovery Protocol on June 17, 2010 (Docket # 177);

WHEREAS, via Clerk's Notice entered June 30, 2010 (Docket # 182), Defendants Omnibus Motion to Stay Discovery Pending Outcome of Filed Motions to Dismiss and Plaintiffs' Motion For Entry Of Discovery Protocol were both reset to July 28, 2010 at 10:30 a.m. before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 (Docket Entry #182);

WHEREAS, in the interest of judicial economy, Plaintiffs and Defendant JJCCI hereby stipulate and agree that, subject to Court approval, Plaintiffs' Motion to Compel also be continued and reset to July 28, 2010, at 10:30 a.m. before Magistrate Judge Edward M. Chen.

THEREFORE, the parties hereby stipulate and agree, subject to Court approval, that Plaintiffs' Motion to Compel currently scheduled for July 14, 2010 at 10:30 a.m. before Magistrate Judge Edward M. Chen, shall be continued and reset to July 28, 2010, at 10:30 a.m. before Magistrate Judge Edward M. Chen.

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO CONTINUE AND RESET PLTFS'
MOTION TO COMPEL; [PROPOSED] ORDER
CH01/25562838.1

- 2 -

CASE NO. CV 09 1597 CW

IT IS SO STIPULATED.

Dated: June 30, 2010

DRINKER BIDDLE & REATH LLP

By: /s/
David B. Sudzus

Attorneys for Defendant
JOHNSON & JOHNSON CONSUMER
COMPANIES, INC.
191 N. Wacker Drive
37th Floor
Chicago, IL 6060698101
david.sudzus@dbr.com
Telephone: (312) 569-1498
Fax: (312) 569-3498

Dated: June 30, 2010

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/
Shayne C. Stevenson

Attorneys for Plaintiffs
THERESA HERRINGTON, ANNA HALEY,
JOY SARJENT, KIMBERLY FOURNIER,
CINDY KING, and CLAIRE THEODORE
1301 Fifth Avenue, Ste 2900
Seattle, WA 98101
shaynes@hbsslaw.com
Telephone: (206) 268-9340
Facsimile: (206) 623-0593

IT IS SO ORDERED.

_____
Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED — Judge Edward M. Chen* (seal: United States District Court, Northern District of California)

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO CONTINUE AND RESET PLTFS'
MOTION TO COMPEL; [PROPOSED] ORDER
CH01/ 25562838.1

- 3 -

CASE NO. CV 09 1597 CW

    \*I, Beth O. Arnese, am the ECF user whose ID and password are being used to file this Stipulation to Continue the Hearing on Plaintiff's Motion to Compel. In compliance with General Order 45.X.B., I hereby attest that the counsel listed above concurred with this filing.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2010  _____

Hon. Edward M. Chen  
United States District Court Magistrate Judge

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO CONTINUE AND RESET PLTFS' MOTION TO COMPEL; [PROPOSED] ORDER
CH01/ 25562838.1

- 4 -

CASE NO. CV 09 1597 CW