IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA HERRINGTON, et al., | No. C 09-01597 CW |
|     Plaintiffs, | <u>ORDER OF REFERENCE TO MAGISTRATE JUDGE</u> |
|   v. | |
| JOHNSON & JOHNSON CONSUMER COMPANIES INC., et al., | |
|     Defendants. / | |

    Defendant's Motion and Omnibus Motion to Stay Discovery filed June 16, 2010, is hereby referred to the Honorable Edward M. Chen, United States Magistrate Judge for handling. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 7/1/2010

                                        CLAUDIA WILKEN
                                        United States District Judge

cc: Sue; CEM