1  STEVEN M. SELNA (SBN #133409)
   steven.selna@dbr.com
2  JOHN J. POWERS (SBN #145623)
   john.powers@dbr.com
3  BETH O. ARNESE (SBN #241186)
   beth.arnese@dbr.com
4  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
5  San Francisco, CA  94105-2235
   Telephone:     (415) 591-7500
6  Facsimile:     (415) 591-7510

7  Attorneys for Defendant
   JOHNSON & JOHNSON CONSUMER
8  COMPANIES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| THERESA HERRINGTON, ANNA HALEY, JOY SARJENT, KIMBERLY FOURNIER and CINDY KING, individually and on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOHNSON & JOHNSON CONSUMER COMPANIES, INC., L'OREAL USA, INC., KIMBERLY-CLARK CORPORATION, CVS/CAREMARK CORPORATION, and TARGET CORPORATION,<br><br>    Defendants. | Case No. CV 09 1597 CW (EMC)<br><br>**STIPULATION TO STAY DISCOVERY AND ADJOURN CURRENT DISCOVERY DEADLINES**<br>**[PROPOSED] ORDER** |

Plaintiffs THERESA HERRINGTON, ANNA HALEY, JOY SARGENT, KIMBERLEY FOURNIER, and CINDY KING ("Plaintiffs") AND Defendants JOHNSON & JOHNSON CONSUMER COMPANIES, INC. L'OREAL USA, INC.; KIMBERLYCLARK CORPORATION; CVS PHARMACY, INC. and TARGET CORPORATION (collectively,

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO CONTINUE AND RESET
PLAINTIFFS' MOTION TO COMPEL
CH01/ 25594599.1

CASE NO. CV 09 1597 CW

"Defendants"), by and through the undersigned, in the interests of judicial economy, hereby stipulate and agree to the following:

WHEREAS, all discovery motions filed in the above-captioned case were referred to Magistrate Judge Edward M. Chen on June 3, 2010 (Docket # 170);

WHEREAS, via an Order entered July 29, 2010 (Docket Entry #201); subsequent to the hearing which was held on July 28, 2010, Magistrate Judge Edward M. Chen Denied Defendants' Omnibus Motion to Stay Discovery Pending Outcome of Filed Motions to Dismiss (Docket Entry #173); and required that the parties further meet and confer regarding Plaintiffs' Motion to Compel Further Responses to Plaintiffs' First Set of Requests for Production (Docket Entry #167); and Plaintiff's Motion for Entry of Discovery Protocol.[1] (Docket Entry #177). Magistrate Judge Chen's Order also required the parties to submit a joint letter setting forth all remaining discovery disputes following the required meet and confer, no later than September 3, 2010;[2]

WHEREAS, on September 1, 2010, Judge Claudia Wilken entered an order granting Defendants Omnibus Motion to Dismiss, which further granted leave for plaintiffs to file an amended complaint within fourteen (14) days of the date of the Order, on or before September 15, 2010. (Docket Entry #207). Should Plaintiffs amend the complaint, and if the case is not dismissed, Judge Wilken's Order further set an Initial Case Management Conference for November 23, 2010 at 2:00 p.m.;

---

[1] On August 6, 2010, the parties submitted and filed a Joint ESI Discovery Protocol (Docket Entry #205), which was signed by Magistrate Judge Edward M. Chen on August 10, 2010 (Docket Entry #206).

[2] Following the required meet and confer session, on August 31, 2010, the parties requested and obtained an extension of an additional seven (7) days to make the joint letter submission to the Court, up to and including September 10, 2010.

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO STAY DISCOVERY
CH01/ 25594599.1
- 2 -
CASE NO. CV 09 1597 CW

WHEREAS, in the interest of judicial economy, Plaintiffs and Defendants hereby stipulate and agree that, subject to Court approval, all discovery activity be stayed, and all previously set discovery-related deadlines, including the September 10, 2010 deadline of the parties to submit a joint letter setting forth all remaining post-meet and confer discovery disputes be adjourned until further order of the Court;

THEREFORE, the parties hereby stipulate and agree, subject to Court approval, that a stay be imposed on all discovery activity, and all current discovery deadlines be adjourned until further order of the Court.

IT IS SO STIPULATED.

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO STAY DISCOVERY
CH01/ 25594599.1
- 3 -
CASE NO. CV 09 1597 CW

| | | |
|---|---|---|
| 1 | Dated: September 3, 2010 | DRINKER BIDDLE & REATH LLP |
| 2 | | |
| 3 | | By: :           /s/<br>    David B. Sudzus |
| 4 | | Attorneys for Defendant<br>JOHNSON & JOHNSON CONSUMER |
| 5 | | COMPANIES, INC., and with the consent of<br>and on behalf of Defendants, L'OREAL USA, |
| 6 | | INC.; KIMBERLYCLARK<br>CORPORATION; CVS PHARMACY, INC. |
| 7 | | and TARGET CORPORATION,<br>191 N. Wacker Drive |
| 8 | | 37th Floor<br>Chicago, IL 60606 |
| 9 | | david.sudzus@dbr.com<br>Telephone:  (312) 569-1498 |
| 10 | | Fax:  (312) 569-3498 |
| 11 | Dated: September 3, 2010 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 12 | | |
| 13 | | By:         /s/<br>    Shayne C. Stevenson |
| 14 | | |
| 15 | | Attorneys for Plaintiffs<br>THERESA HERRINGTON, ANNA HALEY, |
| 16 | | JOY SARJENT, KIMBERLY FOURNIER,<br>and CINDY KING |
| 17 | |  1301 Fifth Avenue, Ste 2900<br>Seattle, WA  98101 |
| 18 | | shaynes@hbsslaw.com<br>Telephone:  (206) 268-9340<br>Facsimile:  (206) 623-0593 |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO STAY DISCOVERY
CH01/ 25594599.1

- 4 -

CASE NO. CV 09 1597 CW

1

2  *I, Steven M. Selna, am the ECF user whose ID and password are being used to file this

3  Stipulation to Stay Discovery . In compliance with General Order 45.X.B., I hereby attest that the

4  counsel listed above concurred with this filing.

5

6

7  PURSUANT TO STIPULATION, IT IS SO ORDERED.

8  DATED: _____9/10_____, 2010 _____

9
10  Hon. Edward M. Chen
    United States District Court Magistrate Judge

