**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THERESA HERRINGTON, ANNA HALEY, JOY SARJENT, KIMBERLY FOURNIER and CINDY KING, individually and on behalf of themselves and all others similarly situated,

    Plaintiffs,

  v.

JOHNSON & JOHNSON CONSUMER COMPANIES, INC.; L'OREAL USA, INC.; KIMBERLY-CLARK CORPORATION; CVS/CAREMARK CORPORATION; and TARGET CORPORATION,

    Defendants.
    /

No. C 09-01597 CW

ORDER CLOSING CASE

On September 1, 2010, the Court dismissed Plaintiffs Theresa Herrington, Anna Haley, Joy Sarjent, Kimberly Fournier and Cindy King's complaint for lack of subject matter jurisdiction. Plaintiffs were granted leave to file an amended complaint within fourteen days of the date of that Order. Plaintiffs have not filed an amended complaint.

Accordingly, the case is DISMISSED and the initial case management conference set for November 23, 2010 is VACATED. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: 9/23/2010

                                       CLAUDIA WILKEN
                                       United States District Judge